B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Northern District of Florida | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Kirkpatrick, John Steven** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Steve Kirkpatrick** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**xxx-xx-8135** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**662 Harbor Blvd. Unit 830**<br>**Destin, FL**<br>ZIP Code **32541-2475** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Okaloosa** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| Type of Debtor<br>(Form of Organization)  (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity<br>(Check box, if applicable) | Nature of Debts<br>(Check one box) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | ☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | ■ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."    ☐ Debts are primarily<br>business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**      THIS SPACE IS FOR COURT USE ONLY

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

| Voluntary Petition<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Kirkpatrick, John Steven** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X  /s/ Natasha Revell**                    **April 29, 2013**<br>Signature of Attorney for Debtor(s)                    (Date)<br>**Natasha Revell** |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):

**Kirkpatrick, John Steven**

### Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ John Steven Kirkpatrick**

Signature of Debtor **John Steven Kirkpatrick**

**X** _____

Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**April 29, 2013**

Date

### Signature of Attorney*

**X** **/s/ Natasha Revell**

Signature of Attorney for Debtor(s)

**Natasha Revell 0083887**

Printed Name of Attorney for Debtor(s)

**Zalkin Revell, PLLC**

Firm Name

**Waterside Business Center**
**2441 US Highway 98W, Suite 109**
**Santa Rosa Beach, FL 32459**

Address

**Email: office@zalkinrevell.com**
**(850) 267-2111  Fax: (866) 560-7111**

Telephone Number

**April 29, 2013**

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____

Signature of Authorized Individual

_____

Printed Name of Authorized Individual

_____

Title of Authorized Individual

_____

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____

Signature of Foreign Representative

_____

Printed Name of Foreign Representative

_____

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____

Printed Name and title, if any, of Bankruptcy Petition Preparer

_____

Social-Security number (If the bankrutcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____

Address

**X** _____

_____

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Florida

In re    **John Steven Kirkpatrick**                                    ,          Case No. _____
                                                                        Debtor

Chapter_____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 7 | 21,058.06 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 13 | | 533,682.33 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 4 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 3,000.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 4,504.67 |
| Total Number of Sheets of ALL Schedules | | 33 | | | |
| Total Assets | | | 21,058.06 | | |
| Total Liabilities | | | | 533,682.33 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Florida

In re   **John Steven Kirkpatrick** _____ ,   Case No. _____
                                    Debtor

Chapter _____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 3,000.00 |
| Average Expenses (from Schedule J, Line 18) | 4,504.67 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 2,000.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 533,682.33 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 533,682.33 |

**B6A (Official Form 6A) (12/07)**

.

In re    **John Steven Kirkpatrick**                                        ,        Case No. _____
                                                          Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| Sub-Total > | 0.00 | (Total of this page) |
| Total > | 0.00 | |
| | (Report also on Summary of Schedules) | |

__0__   continuation sheets attached to the Schedule of Real Property

B6B (Official Form 6B) (12/07)

In re  **John Steven Kirkpatrick**                                              ,    Case No. _____
                                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Cashier's check for $9,000 from proceeds of vehicle sale.** | - | 9,000.00 |
| | | **Cash on hand** | - | 2,101.00 |
| | | **$773.52 - Residual cash from vehicle sale that has not been spent on living expenses.** | - | 773.52 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **AliantBank Checking Acct. #xxx9725 PO Box 1237 Alexander City, AL  35011** | - | 98.54 |
| | | **NobleBank & Trust, NA  Checking Acct. #xxxx7332 PO Box 998 Anniston, AL  36202-0998** | - | 191.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | **Security deposit of $2,000 with land lord (debtor has 50% interest with non-filing spouse)** | J | 1,000.00 |
| | | **Prepayment of post-petition credit counseling** | - | 19.00 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **See HouseHold Goods Sheet** | - | 7,455.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | **Clothing** | - | 100.00 |
| 7.  Furs and jewelry. | | **Watch, wedding band** | - | 300.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |

Sub-Total >            **21,038.06**
(Total of this page)

__3__  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **John Steven Kirkpatrick**                                          ,          Case No. _____
                                                                Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Complete Car Wash Systems, Inc., no longer doing business, has debts exceeding $1 million and only assets are one vehicle (encumbered by a loan in excess of value to Ally Bank), a leasehold interest in a hangar which will be surrendered to Talladega Airport Authority in June of 2013, an inoperable forklift, and various scrap metal and obsolete inventory relating to prior business.** | - | 10.00 |
| | | **2,000,000 Stock in CMKM Diamonds, Inc., stock believed to be worthless.  Company was involved in stock sale scam and issued 800 billion authorized shares, and 2 trillion shares naked shorted.  SEC delisted stock in 2005 and there is no market for the stock on any exchange now.** | - | 10.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |

Sub-Total >        **20.00**
(Total of this page)

Sheet  __1__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re __**John Steven Kirkpatrick**_____,    Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |

Sub-Total >                0.00
(Total of this page)

Sheet __**2**__ of __**3**__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **John Steven Kirkpatrick** ,    Case No.
_____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >        **0.00**
(Total of this page)

Total >        **21,058.06**

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Florida

| In re | John S. Kirkpatrick | | | | Case No. | |
|---|---|---|---|---|---|---|
| | Debtor(s) | | | | Chapter 7 | |

## HOUSEHOLD GOODS SHEET

| Living Room - Value of Each Item | | | | | | |
|---|---|---|---|---|---|---|
| Desc. of Prop. | 1 | 2 | 3 | 4 | 5 | Total Value |
| Couch(es) | $200.00 | | | | | $200.00 |
| Bookcase(s) | $50.00 | | | | | $50.00 |
| Desk(s) | $150.00 | | | | | $150.00 |
| Chair(s) | $50.00 | | | | | $50.00 |
| Table(s) | $30.00 | $200.00 | $200.00 | | | $430.00 |
| Lamp(s) | $25.00 | $25.00 | $25.00 | | | $75.00 |
| Radio(s) | | | | | | |
| Television(s) | $500.00 | | | | | $500.00 |
| Stereo(s) | | | | | | |
| VCR/DVD(s) | $25.00 | | | | | $25.00 |
| computer/printer/fax | $350.00 | | | | | $350.00 |
| Pictures | $25.00 | $25.00 | $25.00 | | | $75.00 |
| Sound System | $250.00 | | | | | $250.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | TOTAL | $2,155.00 |

| Dining Room - Value of Each Item | | | | | | |
|---|---|---|---|---|---|---|
| Desc. of Prop. | 1 | 2 | 3 | 4 | 5 | Total Value |
| Table(s) | | | | | | |
| Chair(s) | | | | | | |
| Lamp(s) | | | | | | |
| China Closet(s) | | | | | | |
| China | | | | | | |
| Silverware | | | | | | |
| Pictures | | | | | | |
| Other: | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | TOTAL | $0.00 |

| Bedrooms - Value of Each Item | | | | | | |
|---|---|---|---|---|---|---|
| Desc. of Prop. | 1 | 2 | 3 | 4 | 5 | Total Value |
| Bed(s) | $200.00 | | | | | $200.00 |
| Chair(s) | $50.00 | | | | | $50.00 |
| Dresser(s) | $200.00 | | | | | $200.00 |
| Chest(s) of Drawers | $100.00 | | | | | $100.00 |
| Desk(s) | | | | | | |
| Mirror(s) | $25.00 | | | | | $25.00 |
| Lamp(s) | $25.00 | $25.00 | | | | $50.00 |
| Vanity(s) | | | | | | |
| Radio(s) | | | | | | |
| Television(s) | $50.00 | | | | | $50.00 |
| Stereo(s) | | | | | | |
| VCR/DVD(s) | | | | | | |
| Computer(s) | | | | | | |
| TV Console | | | | | | |
| Other: | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | TOTAL | $675.00 |

| Kitchen - Value of Each Item | | | | | | |
|---|---|---|---|---|---|---|
| Desc. of Prop. | 1 | 2 | 3 | 4 | 5 | Total Value |
| Table(s) | | | | | | |
| Chair(s) | | | | | | |
| Microwave(s) | $50.00 | | | | | $50.00 |
| Refrigerator(s) | $25.00 | | | | | $25.00 |
| Deep Freezer(s) | $25.00 | | | | | $25.00 |
| Dishwasher(s) | | | | | | |
| Washing Machine(s) | $100.00 | | | | | $100.00 |
| Dryer(s) | $100.00 | | | | | $100.00 |
| Stove(s) | | | | | | |
| Dishes | | | | | | |
| Cookware | | | | | | |
| Other: | | | | | | |
| Kitchen gadgets | | | | | | |
| Silverware | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | TOTAL | $300.00 |

| Other Rooms (Hallways, Bathrooms, Garage, Attic, Basement, Shed etc.) | | | | | | |
| Value of Each Item | | | | | | |
| Desc. of Prop. | 1 | 2 | 3 | 4 | 5 | Total Value |
|---|---|---|---|---|---|---|
| Computer(s) | | | | | | |
| Radio(s) | | | | | | |
| Stereo(s) | | | | | | |
| Desk(s) | | | | | | |
| Chair(s) | | | | | | |
| Game Table(s) | | | | | | |
| Sewing Machine(s) | | | | | | |
| Vac. Cleaner(s) | $25.00 | | | | | $25.00 |
| Iron(s) | | | | | | |
| Camera(s) | | | | | | |
| Air Conditioner(s) | | | | | | |
| Tool(s) | $50.00 | | | | | $50.00 |
| Power Tool(s) | | | | | | |
| Used Mattress | | | | | | |
| Other: | | | | | | |
| Gun safe | $1,000.00 | | | | | $1,000.00 |
| Guns | $3,000.00 | | | | | $3,000.00 |
| Ammo | $250.00 | | | | | $250.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | TOTAL | $4,325.00 |

| TOTAL VALUE OF ALL HOUSEHOLD GOODS | $7,455.00 |
|---|---|

| Date: | 4/29/2013 | | Signature: | /s/ John S. Kirkpatrick |
|---|---|---|---|---|
| | | | | John S. Kirkpatrick |
| | | | | Debtor |

B6C (Official Form 6C) (4/13)

In re  **John Steven Kirkpatrick**                          ,       Case No. _____
                                              Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
■ 11 U.S.C. §522(b)(2)                                                        *with respect to cases commenced on or after the date of adjustment.)*
☐ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| **Cashier's check for $9,000 from proceeds of vehicle sale.** | 11 U.S.C. § 522(d)(5) | 9,000.00 | 9,000.00 |
| **Cash on hand** | 11 U.S.C. § 522(d)(5) | 2,101.00 | 2,101.00 |
| **$773.52 - Residual cash from vehicle sale that has not been spent on living expenses.** | 11 U.S.C. § 522(d)(5) | 773.52 | 773.52 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **AliantBank Checking Acct. #xxx9725 PO Box 1237 Alexander City, AL  35011** | 11 U.S.C. § 522(d)(5) | 98.54 | 98.54 |
| **NobleBank & Trust, NA  Checking Acct. #xxxx7332 PO Box 998 Anniston, AL  36202-0998** | 11 U.S.C. § 522(d)(5) | 191.00 | 191.00 |
| **Security Deposits with Utilities, Landlords, and Others** | | | |
| **Security deposit of $2,000 with land lord (debtor has 50% interest with non-filing spouse)** | 11 U.S.C. § 522(d)(5) | 521.94 | 2,000.00 |
| **Prepayment of post-petition credit counseling** | 11 U.S.C. § 522(d)(5) | 19.00 | 19.00 |
| **Household Goods and Furnishings** | | | |
| **See HouseHold Goods Sheet** | 11 U.S.C. § 522(d)(3) | 7,455.00 | 7,455.00 |
| **Wearing Apparel** | | | |
| **Clothing** | 11 U.S.C. § 522(d)(3) | 100.00 | 100.00 |
| **Furs and Jewelry** | | | |
| **Watch, wedding band** | 11 U.S.C. § 522(d)(4) | 300.00 | 300.00 |
| **Stock and Interests in Businesses** | | | |
| **Complete Car Wash Systems, Inc., no longer doing business, has debts exceeding $1 million and only assets are one vehicle (encumbered by a loan in excess of value to Ally Bank), a leasehold interest in a hangar which will be surrendered to Talladega Airport Authority in June of 2013, an inoperable forklift, and various scrap metal and obsolete inventory relating to prior business.** | 11 U.S.C. § 522(d)(5) | 100% | 10.00 |

  __1__   continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                                Best Case Bankruptcy

B6C (Official Form 6C) (4/13) -- Cont.

In re  **John Steven Kirkpatrick**                                        ,      Case No. _____
                                        Debtor

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **2,000,000 Stock in CMKM Diamonds, Inc., stock believed to be worthless. Company was involved in stock sale scam and issued 800 billion authorized shares, and 2 trillion shares naked shorted. SEC delisted stock in 2005 and there is no market for the stock on any exchange now.** | **11 U.S.C. § 522(d)(5)** | **100%** | **10.00** |

|  |  | Total: | **20,580.00** | **22,058.06** |

Sheet ___1___ of ___1___ continuation sheets attached to the Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re __John Steven Kirkpatrick_____,        Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |

__0__ continuation sheets attached

|  |  |  |
|---|---|---|
| Subtotal (Total of this page) | | |
| Total (Report on Summary of Schedules) | 0.00 | 0.00 |

B6E (Official Form 6E) (4/13)

.

In re    __John Steven Kirkpatrick_____,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts _not_ entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

                                    __0__  continuation sheets attached

B6F (Official Form 6F) (12/07)

In re    **John Steven Kirkpatrick**
_____,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxxxx-x9008**<br><br>**Alabama Power Company**<br>**PO Box 242**<br>**Birmingham, AL 35292** | X | - | | | **Any potential personal or guarantor liability of Debtors in connection with any business enterprise owned by or participated in by Debtor** | | | | 1,185.22 |
| Account No. **xxxxxxxx0379**<br><br>**Alagasco**<br>**20 South 20th Street**<br>**Birmingham, AL 35295** | | - | | | 1/10/2013 | | | | 112.62 |
| Account No. **xxxxxxxx4372**<br><br>**Ally**<br>**PO Box 380902**<br>**Bloomington, MN 55438-0902** | X | - | | | **Any guarantor or co-debtor liability for loan on 2011 GMC Terrain owned by Complete Car Wash** | | | | 22,336.28 |
| Account No. **xxxxxxxx9824**<br><br>**Ally Financial**<br>**PO Box 380901**<br>**Bloomington, MN 55438** | X | - | | | **2011 GMC Denali.  Any co-debtor or guarantor liability of Debtor in connection with vehicle loan in name of company.**<br>     **Subject to setoff.** | | | | **Unknown** |

__12__ continuation sheets attached

Subtotal
(Total of this page)          23,634.12

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                    S/N:40848-130401    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    __John Steven Kirkpatrick_____,    Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 3782-995239-61003<br><br>**American Express**<br>**PO Box 650448**<br>**Dallas, TX 75265-0448** | X | - | | **Any potential personal or guarantor liability of Debtors in connection with any business enterprise owned by or participated in by Debtor** | | | | **11,227.07** |
| Account No. xxxx-xxxx-xxxx-3219<br><br>**Bank of America**<br>**Customer Service**<br>**PO Box 5170**<br>**Simi Valley, CA 93062-5170** | X | - | | **Any potential personal or guarantor liability of Debtors in connection with any business enterprise owned by or participated in by Debtor** | | | | **Unknown** |
| Account No. xxxx-xxxx-xxxx-3433<br><br>**Bank of America**<br>**PO Box 22021**<br>**Greensboro, NC 27420-2021** | X | - | | **Any potential personal or guarantor liability of Debtors in connection with any business enterprise owned by or participated in by Debtor** | | | | **Unknown** |
| Account No. xxxx-xxxx-xxxx-3524<br><br>**Bank of America**<br>**PO Box 22021**<br>**Greensboro, NC 27420-2021** | X | - | | **Any potential personal or guarantor liability of Debtors in connection with any business enterprise owned by or participated in by Debtor** | | | | **Unknown** |
| Account No. xxxx-xxxx-xxxx-3590<br><br>**Bank of America**<br>**PO Box 15710**<br>**Wilmington, DE 19886-5710** | X | - | | **Any potential personal or guarantor liability of Debtors in connection with any business enterprise owned by or participated in by Debtor** | | | | **Unknown** |

Sheet no. __1___ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**11,227.07**

B6F (Official Form 6F) (12/07) - Cont.

In re    **John Steven Kirkpatrick**                                    ,    Case No. _____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-3751** <br><br> **Bank of America** <br> **Customer Service** <br> **PO Box 5170** <br> **Simi Valley, CA 93062-5170** | X | - | | Any potential personal or guarantor liability of Debtors in connection with any business enterprise owned by or participated in by Debtor | | | | **Unknown** |
| Account No. **xxxx-xxxx-xxxx-4570** <br><br> **Bank of America** <br> **PO Box 15710** <br> **Wilmington, DE 19886-5710** | X | - | | Any potential personal or guarantor liability of Debtors in connection with any business enterprise owned by or participated in by Debtor | | | | **Unknown** |
| Account No. **xxxx-xxxx-xxxx-4663** <br><br> **Bank of America** <br> **PO Box 15463** <br> **Wilmington, DE 19850-5463** | X | - | | Any potential personal or guarantor liability of Debtors in connection with any business enterprise owned by or participated in by Debtor | | | | **Unknown** |
| Account No. **xxxx-xxxx-xxxx-5113** <br><br> **Bank of America** <br> **4161 Piedmont Parkway** <br> **Greensboro, NC 27410** | X | - | | Any potential personal or guarantor liability of Debtors in connection with any business enterprise owned by or participated in by Debtor | | | | **Unknown** |
| Account No. **xxxx-xxxx-xxxx-5622** <br><br> **Bank of America** <br> **PO 15716** <br> **Wilmington, DE 19886-5716** | X | - | | Any potential personal or guarantor liability of Debtors in connection with any business enterprise owned by or participated in by Debtor | | | | **Unknown** |

Sheet no. __2__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __John Steven Kirkpatrick__ , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxxx-xxxx-xxxx-5914** | | | | | Any potential personal or guarantor liability of Debtors in connection with any business enterprise owned by or participated in by Debtor | | | | |
| **Bank of America** **PO 15716** **Wilmington, DE 19886-5716** | X | - | | | | | | | |
| | | | | | | | | | **Unknown** |
| Account No. **xxxx-xxxx-xxxx-7357** | | | | | Any potential personal or guarantor liability of Debtors in connection with any business enterprise owned by or participated in by Debtor | | | | |
| **Bank of America** **PO Box 10227** **Van Nuys, CA 91410-0227** | X | - | | | | | | | |
| | | | | | | | | | **Unknown** |
| Account No. **xxxx-xxxx-xxxx-7922** | | | | | Any potential personal or guarantor liability of Debtors in connection with any business enterprise owned by or participated in by Debtor | | | | |
| **Bank of America** **PO Box 15731** **Wilmington, DE 19886-5731** | X | - | | | | | | | |
| | | | | | | | | | **Unknown** |
| Account No. **xxxx-xxxx-xxxx-8154** | | | | | 12/9/2002 Business credit card | | | | |
| **Bank of America** **PO Box 53101** **Phoenix, AZ 85072-3101** | X | - | | | | | | | |
| | | | | | | | | | **18,822.00** |
| Account No. **xxxx-xxxx-xxxx-8272** | | | | | Any potential personal or guarantor liability of Debtors in connection with any business enterprise owned by or participated in by Debtor | | | | |
| **Bank of America** **PO Box 21846** **Greensboro, NC 27420-1846** | X | - | | | | | | | |
| | | | | | | | | | **Unknown** |

Sheet no. __3___ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**18,822.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  __John Steven Kirkpatrick_____,    Case No. _____

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx-xxxx-xxxx-8590**<br><br>**Bank of America**<br>**Customer Service**<br>**PO Box 5170**<br>**Simi Valley, CA 93062-5170** | X | - | | **Any potential personal or guarantor liability of Debtors in connection with any business enterprise owned by or participated in by Debtor** | | | | **Unknown** |
| Account No. **xxxx-xxxx-xxxx-9701**<br><br>**Bank of America**<br>**Customer Service**<br>**PO Box 5170**<br>**Simi Valley, CA 93062-5170** | X | - | | **Any potential personal or guarantor liability of Debtors in connection with any business enterprise owned by or participated in by Debtor** | | | | **Unknown** |
| Account No. **xxxx-xxxx-xxxx-9880**<br><br>**Bank of America**<br>**PO Box 15311**<br>**Wilmington, DE 19884** | X | - | | **Any potential personal or guarantor liability of Debtors in connection with any business enterprise owned by or participated in by Debtor** | | | | **Unknown** |
| Account No. **xxxx-xxxx-xxxx-2207**<br><br>**Bank of America**<br>**201 N. Tryon St**<br>**Charlotte, NC 28202** | X | - | | **Any potential personal or guarantor liability of Debtors in connection with any business enterprise owned by or participated in by Debtor** | | | | **Unknown** |
| Account No. **xxxx-xxxx-xxxx-8462**<br><br>**Bank of America**<br>**1825 E. Buckeye Rd.**<br>**Greensboro, NC 27410** | X | - | | **Any potential personal or guarantor liability of Debtors in connection with any business enterprise owned by or participated in by Debtor** | | | | **Unknown** |

Sheet no. __4___ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                  Subtotal
                        (Total of this page)        **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **John Steven Kirkpatrick**                                    ,    Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | Husband, Wife, Joint, or Community | | | | | |
| Account No. **xxxx-xxxx-xxxx-8559**<br><br>**Bank of America**<br>**PO Box 982238**<br>**El Paso, TX 79998-2235** | X | - | Any potential personal or guarantor liability of Debtors in connection with any business enterprise owned by or participated in by Debtor | | | | **Unknown** |
| Account No. **xxxx-xxxx-xxxx-8567**<br><br>**Bank of America**<br>**450 American Street**<br>**Simi Valley, CA 93065** | X | - | Any potential personal or guarantor liability of Debtors in connection with any business enterprise owned by or participated in by Debtor | | | | **Unknown** |
| Account No. **xxxx-xxxx-xxxx-9240**<br><br>**Bank of America**<br>**Customer Service**<br>**PO Box 5170**<br>**Simi Valley, CA 93062-5170** | X | - | Any potential personal or guarantor liability of Debtors in connection with any business enterprise owned by or participated in by Debtor | | | | **Unknown** |
| Account No. **xxxx-xxxx-xxxx-9257**<br><br>**Bank of America**<br>**PO Box 45224**<br>**Jacksonville, FL 32232-5224** | X | - | Any potential personal or guarantor liability of Debtors in connection with any business enterprise owned by or participated in by Debtor | | | | **Unknown** |
| Account No. **xxxxxxxxxxxxxxx**<br><br>**Bank of America**<br>**PO Box 15019**<br>**Wilmington, DE 19886-5019** | | - | **1/27/2003**<br>**Credit Card** | | | | **8,357.00** |

Sheet no. __5__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         **8,357.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __John Steven Kirkpatrick_____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **4121-7413-2543-8773** **Capital One** **Bankruptcy Claims Services** **PO Box 85167** **Richmond, VA 23285-5157** | | - | | | **12/16/1994** **Credit Card** | | | | **2,153.00** |
| Account No. **xxxx4479** **Directv** **PO Box 78626** **Phoenix, AZ 85062-8626** | | - | | | | | | | **629.23** |
| Account No. **xxxxxxxxx2115** **Dorr Aviation** **78 Sutton Avenue** **Oxford, MA 01540** | X | - | | | **Any potential personal or guarantor liability of Debtors in connection with any business enterprise owned by or participated in by Debtor** | | | | **Unknown** |
| Account No. **Encore Receivable Mgmt** **PO Box 3330** **Olathe, KS 66051** | | - | | | | | | | **Unknown** |
| Account No. **First City Bank** **135 Perry Avenue, SE** **Fort Walton Beach, FL 32548** | | - | | | **Possible guarantor liability for any deficiency following forclosure of commercial property owned by Blue Water Wash Systems, LLC (Judgment is for $529,000).** | | | | **Unknown** |

Sheet no. _6___ of _12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **2,782.23**

B6F (Official Form 6F) (12/07) - Cont.

In re __John Steven Kirkpatrick_____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | J C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Ford Motor Credit<br>c/o McDowell and Associates<br>PO Bjox 131029<br>Mountain Brook, AL 35213** | | - | | | **Any liability for loan on 2011 Mustang that was in name of Complete Car Wash Systems, Inc.** | | | | **Unknown** |
| Account No. **xxxxx8708**<br><br>**Honda Financial Services<br>PO Box 166469<br>Irving, TX 75016** | X | - | | | **4/21/2011<br>2011 Honda Insight, vehicle was surrendered to creditor.  Listing is for any potential deficiency debt owed to creditor.** | | | | **19,452.00** |
| Account No.<br><br>**Integrity<br>PO Box 11530<br>Overland Park, KS 66207** | | - | | | | | | | **Unknown** |
| Account No. **xxxxxxxxxxxxxxx**<br><br>**Lowes<br>PO Box 981064<br>El Paso, TX 79998-1064** | | - | | | **10/30/2005<br>Charge Card** | | | | **Unknown** |
| Account No.<br><br>**Mary Ann Parent<br>2002 River Oaks Point<br>Cropwell, AL 35054** | | - | | | **Possible liability due to breach of lease of house.** | | | | **Unknown** |

Sheet no. __7___ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**19,452.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __John Steven Kirkpatrick_____,    Case No. _____
                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. xxxxxx2504 | | | | 3/31/2011 | | | | |
| Porsche Financial Services 4343 Commerce Ct., Ste. 300 Lisle, IL 60532 | X | - | | 2011 Porsche Boxster - vehicle was repossessed. Any potential personal or guarantor deficiency liability of Debtor in connection therewith | | | | 7,048.00 |
| Account No. | | | | | | | | |
| Regional Adjustment Bureau 1900 Charles Bryan Ste. 110 Memphis, TN 38016 | | - | | | | | | Unknown |
| Account No. xxxxxxxxxxxxxxxxxx2280 | | | | Any potential personal or guarantor liability of Debtors in connection with any business enterprise owned by or participated in by Debtor | | | | |
| Regions Bank PO Box 1984 Birmingham, AL 35201 | X | - | | | | | | Unknown |
| Account No. xxxxxxxxxxxxx3314 | | | | 8/25/2006 | | | | |
| Regions Bank 1900 Fifth Ave. North Birmingham, AL 35203 | | - | | Surendered Master Craft Boat | | | | 25,004.60 |
| Account No. xxxxxxxxxxxxxxxxxx0776 | | | | Any potential personal or guarantor liability of Debtors in connection with any business enterprise owned by or participated in by Debtor | | | | |
| Regions Bank PO Box 1984 Birmingham, AL 35201 | X | - | | | | | | Unknown |

Sheet no. __8___ of __12__ sheets attached to Schedule of    Subtotal
Creditors Holding Unsecured Nonpriority Claims                (Total of this page)    32,052.60

B6F (Official Form 6F) (12/07) - Cont.

In re    **John Steven Kirkpatrick**                                              ,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx-xxx-x648-1**<br><br>**Shell**<br>**PO Box 689010**<br>**Des Moines, IA 50368-9010** | X | - | Any potential personal or guarantor liability of Debtors in connection with any business enterprise owned by or participated in by Debtor | | | | 3,369.12 |
| Account No. **xxxx521-1**<br><br>**St. Vincent's East ER**<br>**810 St. Vincent's Drive**<br>**Birmingham, AL 35205** | | - | Medical | | | | 30.00 |
| Account No. **xxx6667**<br><br>**United Bank**<br>**PO box 8**<br>**Atmore, AL 36502** | X | - | Any potential personal or guarantor liability of Debtors in connection with any business enterprise owned by or participated in by Debtor | | | | Unknown |
| Account No. **xxxxx8695**<br><br>**United Bank**<br>**PO box 8**<br>**Atmore, AL 36502** | X | - | Any potential personal or guarantor liability of Debtors in connection with any business enterprise owned by or participated in by Debtor | | | | Unknown |
| Account No. **xxx-x2553**<br><br>**US Bank Manifest Funding Services**<br>**1450 Channel Parkway**<br>**Marshall, MN 56258** | X | - | Any potential personal or guarantor liability of Debtors in connection with any business enterprise owned by or participated in by Debtor | | | | Unknown |

Sheet no. __9___ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **3,399.12**

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    __John Steven Kirkpatrick_____,    Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxxx-xxxx-xxxx-5113**<br><br>**Wachovia Bank**<br>**PO Box 563966**<br>**Charlotte, NC 28256-3966** | X | - | | | Any potential personal or guarantor liability of Debtors in connection with any business enterprise owned by or participated in by Debtor | | | | **2,526.44** |
| Account No. **xxxxxx1355**<br><br>**Wells Business Bkg Support Group**<br>**MAC D4004-03A**<br>**PO Box 202902**<br>**Dallas, TX 75320-2902** | X | - | | | Any potential personal or guarantor liability of Debtors in connection with any business enterprise owned by or participated in by Debtor | | | | **269,404.75** |
| Account No. **xxxx-xxxx-xxxx-7802**<br><br>**Wells Fargo**<br>**PO Box 10335**<br>**Des Moines, IA 50306** | | - | | | 5/6/2004<br>Credit Card | | | | **10,471.00** |
| Account No.<br><br>**Wells Fargo Bank**<br>**90 South Seventh St., 3rd Floor**<br>**Wells Fargo Center**<br>**Minneapolis, MN 55402** | X | - | | | Mortgage on foreclosed house at 618 Magnolia Dr. Destin, FL 32541 Also prior lien on inventory of Complete Car Wash Systems, Inc. Any deficiency claim, thereto | | | | **Unknown** |
| Account No. **xxxxxxxxxxxxxxxx**<br><br>**Wells Fargo Bank**<br>**PO Box 31557**<br>**Billings, MT 59107** | | - | | | 12/10/2008<br>Mortgage on foreclosed house at 618 Magnolia Dr. Destin, FL 32541 Any deficiency relating thereto | | | | **Unknown** |

Sheet no. __10__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**282,402.19**

B6F (Official Form 6F) (12/07) - Cont.

In re __John Steven Kirkpatrick_____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-0682**<br><br>**Wells Fargo Business Line**<br>**100 West Washington St.**<br>**Phoenix, AZ 85003** | X | - | | **Any potential personal or guarantor liability of Debtor in connection with any business enterprise owned by or participated in by Debtor** | | | | **Unknown** |
| Account No. **xxxxxx9737**<br><br>**Wells Fargo Home Mortgage**<br>**3480 Stateview Blvd**<br>**Fort Mill, SC 29716** | | - | | **10/31/2005**<br>**149 Waters Edge Point**<br>**Alpine, AL  35014**<br>**Property was foreclosed, debt listed for any deficiency owed** | | | | **Unknown** |
| Account No. **xxxxxxxxx-xxx1998**<br><br>**Wells Fargo Home Mortgage**<br>**Bankrupty**<br>**1 Home Campus #2303-01A**<br>**Des Moines, IA 50328-0001** | | - | | **10/31/2005**<br>**149 Waters Edge Point**<br>**Alpine, AL  35014**<br>**Property was foreclosed, debt is listed for any deficiency owed.** | | | | **131,554.00** |
| Account No. **xxxxxx9303**<br><br>**Wells Fargo Home Mortgage**<br>**PO Box 660455**<br>**Dallas, TX 75266-0455** | | - | | **6/18/2004**<br>**3rd mortgage/lien on foreclosed house at**<br>**618 Magnolia Dr.**<br>**Destin, FL  32541**<br>**Any deficiency relating, thereto.** | | | | **Unknown** |
| Account No. **xx1998**<br><br>**Wells Fargo Home Mortgage**<br>**PO Box 660455**<br>**Dallas, TX 75266-0455** | | - | | | | | | **Unknown** |

Sheet no. __11__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **131,554.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **John Steven Kirkpatrick**                                              ,    Case No. _____
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxx** <br><br>**Wells Fargo Home Mortgage PO Box 10335 Des Moines, IA 50306-0335** | - | | **10/1/2005** <br>**Real estate mortgage. Collateral was foreclosed upon. Listing is for any remaining deficiency liability of Debtor.** | | | | **Unknown** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __12__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **0.00**

Total (Report on Summary of Schedules)    **533,682.33**

B6G (Official Form 6G) (12/07)

In re    **John Steven Kirkpatrick**                                              ,    Case No. _____
                                          Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re    **John Steven Kirkpatrick**                                              ,    Case No. _____
                                                    Debtor

# SCHEDULE H - CODEBTORS

   Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Bluewater Wash Systems, LLC**<br>**662 Harbor Blvd. #830**<br>**Destin, FL 32541** | **United Bank**<br>**PO box 8**<br>**Atmore, AL 36502** |
| **Bluewater Wash Systems, LLC**<br>**662 Harbor Blvd. #830**<br>**Destin, FL 32541** | **United Bank**<br>**PO box 8**<br>**Atmore, AL 36502** |
| **Bluewater Wash Systems, LLC**<br>**662 Harbor Blvd. #830**<br>**Destin, FL 32541** | **US Bank Manifest Funding Services**<br>**1450 Channel Parkway**<br>**Marshall, MN 56258** |
| **Bluewater Wash Systems, LLC**<br>**662 Harbor Blvd. #830**<br>**Destin, FL 32541** | **Regions Bank**<br>**PO Box 1984**<br>**Birmingham, AL 35201** |
| **Complete Car  Wash Systems Inc.**<br>**662 Harbor Blvd. #830**<br>**Destin, FL 32541-2475** | **Ally Financial**<br>**PO Box 380901**<br>**Bloomington, MN 55438** |
| **Complete Car  Wash Systems Inc.**<br>**662 Harbor Blvd. #830**<br>**Destin, FL 32541-2475** | **Honda Financial Services**<br>**PO Box 166469**<br>**Irving, TX 75016** |
| **Complete Car  Wash Systems Inc.**<br>**662 Harbor Blvd. #830**<br>**Destin, FL 32541-2475** | **Wells Fargo Bank**<br>**90 South Seventh St., 3rd Floor**<br>**Wells Fargo Center**<br>**Minneapolis, MN 55402** |
| **Complete Car  Wash Systems Inc.**<br>**662 Harbor Blvd. #830**<br>**Destin, FL 32541-2475** | **Wells Business Bkg Support Group**<br>**MAC D4004-03A**<br>**PO Box 202902**<br>**Dallas, TX 75320-2902** |
| **Complete Car  Wash Systems Inc.**<br>**662 Harbor Blvd. #830**<br>**Destin, FL 32541-2475** | **Ally**<br>**PO Box 380902**<br>**Bloomington, MN 55438-0902** |
| **Complete Car  Wash Systems Inc.**<br>**662 Harbor Blvd. #830**<br>**Destin, FL 32541-2475** | **American Express**<br>**PO Box 650448**<br>**Dallas, TX 75265-0448** |
| **Complete Car  Wash Systems Inc.**<br>**662 Harbor Blvd. #830**<br>**Destin, FL 32541-2475** | **Bank of America**<br>**Customer Service**<br>**PO Box 5170**<br>**Simi Valley, CA 93062-5170** |

**3**
____ continuation sheets attached to Schedule of Codebtors

In re    **John Steven Kirkpatrick**                                      ,    Case No. _____

                                                                    Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Complete Car  Wash Systems Inc.**<br>**662 Harbor Blvd. #830**<br>**Destin, FL 32541-2475** | **Bank of America**<br>**PO Box 22021**<br>**Greensboro, NC 27420-2021** |
| **Complete Car  Wash Systems Inc.**<br>**662 Harbor Blvd. #830**<br>**Destin, FL 32541-2475** | **Bank of America**<br>**PO Box 22021**<br>**Greensboro, NC 27420-2021** |
| **Complete Car  Wash Systems Inc.**<br>**662 Harbor Blvd. #830**<br>**Destin, FL 32541-2475** | **Bank of America**<br>**PO Box 15710**<br>**Wilmington, DE 19886-5710** |
| **Complete Car  Wash Systems Inc.**<br>**662 Harbor Blvd. #830**<br>**Destin, FL 32541-2475** | **Bank of America**<br>**Customer Service**<br>**PO Box 5170**<br>**Simi Valley, CA 93062-5170** |
| **Complete Car  Wash Systems Inc.**<br>**662 Harbor Blvd. #830**<br>**Destin, FL 32541-2475** | **Bank of America**<br>**PO Box 15710**<br>**Wilmington, DE 19886-5710** |
| **Complete Car  Wash Systems Inc.**<br>**662 Harbor Blvd. #830**<br>**Destin, FL 32541-2475** | **Bank of America**<br>**PO Box 15463**<br>**Wilmington, DE 19850-5463** |
| **Complete Car  Wash Systems Inc.**<br>**662 Harbor Blvd. #830**<br>**Destin, FL 32541-2475** | **Bank of America**<br>**4161 Piedmont Parkway**<br>**Greensboro, NC 27410** |
| **Complete Car  Wash Systems Inc.**<br>**662 Harbor Blvd. #830**<br>**Destin, FL 32541-2475** | **Bank of America**<br>**PO 15716**<br>**Wilmington, DE 19886-5716** |
| **Complete Car  Wash Systems Inc.**<br>**662 Harbor Blvd. #830**<br>**Destin, FL 32541-2475** | **Bank of America**<br>**PO 15716**<br>**Wilmington, DE 19886-5716** |
| **Complete Car  Wash Systems Inc.**<br>**662 Harbor Blvd. #830**<br>**Destin, FL 32541-2475** | **Bank of America**<br>**PO Box 10227**<br>**Van Nuys, CA 91410-0227** |
| **Complete Car  Wash Systems Inc.**<br>**662 Harbor Blvd. #830**<br>**Destin, FL 32541-2475** | **Bank of America**<br>**PO Box 15731**<br>**Wilmington, DE 19886-5731** |
| **Complete Car  Wash Systems Inc.**<br>**662 Harbor Blvd. #830**<br>**Destin, FL 32541-2475** | **Bank of America**<br>**PO Box 53101**<br>**Phoenix, AZ 85072-3101** |
| **Complete Car  Wash Systems Inc.**<br>**662 Harbor Blvd. #830**<br>**Destin, FL 32541-2475** | **Bank of America**<br>**PO Box 21846**<br>**Greensboro, NC 27420-1846** |

Sheet __**1**__ of __**3**__ continuation sheets attached to the Schedule of Codebtors

In re    **John Steven Kirkpatrick**                                          ,    Case No. _____
                                                            Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Complete Car  Wash Systems Inc.**<br>**662 Harbor Blvd. #830**<br>**Destin, FL 32541-2475** | **Bank of America**<br>**Customer Service**<br>**PO Box 5170**<br>**Simi Valley, CA 93062-5170** |
| **Complete Car  Wash Systems Inc.**<br>**662 Harbor Blvd. #830**<br>**Destin, FL 32541-2475** | **Bank of America**<br>**Customer Service**<br>**PO Box 5170**<br>**Simi Valley, CA 93062-5170** |
| **Complete Car  Wash Systems Inc.**<br>**662 Harbor Blvd. #830**<br>**Destin, FL 32541-2475** | **Bank of America**<br>**PO Box 15311**<br>**Wilmington, DE 19884** |
| **Complete Car  Wash Systems Inc.**<br>**662 Harbor Blvd. #830**<br>**Destin, FL 32541-2475** | **Bank of America**<br>**201 N. Tryon St**<br>**Charlotte, NC 28202** |
| **Complete Car  Wash Systems Inc.**<br>**662 Harbor Blvd. #830**<br>**Destin, FL 32541-2475** | **Bank of America**<br>**1825 E. Buckeye Rd.**<br>**Greensboro, NC 27410** |
| **Complete Car  Wash Systems Inc.**<br>**662 Harbor Blvd. #830**<br>**Destin, FL 32541-2475** | **Bank of America**<br>**PO Box 982238**<br>**El Paso, TX 79998-2235** |
| **Complete Car  Wash Systems Inc.**<br>**662 Harbor Blvd. #830**<br>**Destin, FL 32541-2475** | **Bank of America**<br>**450 American Street**<br>**Simi Valley, CA 93065** |
| **Complete Car  Wash Systems Inc.**<br>**662 Harbor Blvd. #830**<br>**Destin, FL 32541-2475** | **Bank of America**<br>**Customer Service**<br>**PO Box 5170**<br>**Simi Valley, CA 93062-5170** |
| **Complete Car  Wash Systems Inc.**<br>**662 Harbor Blvd. #830**<br>**Destin, FL 32541-2475** | **Bank of America**<br>**PO Box 45224**<br>**Jacksonville, FL 32232-5224** |
| **Complete Car  Wash Systems Inc.**<br>**662 Harbor Blvd. #830**<br>**Destin, FL 32541-2475** | **Regions Bank**<br>**PO Box 1984**<br>**Birmingham, AL 35201** |
| **Complete Car  Wash Systems Inc.**<br>**662 Harbor Blvd. #830**<br>**Destin, FL 32541-2475** | **Wells Fargo Business Line**<br>**100 West Washington St.**<br>**Phoenix, AZ 85003** |
| **Complete Car  Wash Systems Inc.**<br>**662 Harbor Blvd. #830**<br>**Destin, FL 32541-2475** | **Dorr Aviation**<br>**78 Sutton Avenue**<br>**Oxford, MA 01540** |

Sheet __2__ of __3__ continuation sheets attached to the Schedule of Codebtors

In re    **John Steven Kirkpatrick**                                                ,    Case No. _____
                                                    Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Complete Car  Wash Systems Inc.**<br>**662 Harbor Blvd. #830**<br>**Destin, FL 32541-2475** | **Wachovia Bank**<br>**PO Box 563966**<br>**Charlotte, NC 28256-3966** |
| **Complete Car  Wash Systems Inc.**<br>**662 Harbor Blvd. #830**<br>**Destin, FL 32541-2475** | **Alabama Power Company**<br>**PO Box 242**<br>**Birmingham, AL 35292** |
| **Complete Car  Wash Systems Inc.**<br>**662 Harbor Blvd. #830**<br>**Destin, FL 32541-2475** | **Porsche Financial Services**<br>**4343 Commerce Ct., Ste. 300**<br>**Lisle, IL 60532** |
| **John Osburn**<br>**3802-A South Ferdon Blvd.**<br>**Crestview, FL 32536** | **United Bank**<br>**PO box 8**<br>**Atmore, AL 36502** |
| **John Osburn**<br>**3802-A South Ferdon Blvd.**<br>**Crestview, FL 32536** | **United Bank**<br>**PO box 8**<br>**Atmore, AL 36502** |
| **John Osburn**<br>**3802-A South Ferdon Blvd.**<br>**Crestview, FL 32536** | **US Bank Manifest Funding Services**<br>**1450 Channel Parkway**<br>**Marshall, MN 56258** |
| **John Osburn**<br>**3802-A South Ferdon Blvd.**<br>**Crestview, FL 32536** | **Regions Bank**<br>**PO Box 1984**<br>**Birmingham, AL 35201** |
| **Kirpatrick Ent Inc DBA**<br>**662 Harbor Blvd. #830**<br>**Destin, FL 32541** | **Shell**<br>**PO Box 689010**<br>**Des Moines, IA 50368-9010** |

Sheet __3__ of __3__ continuation sheets attached to the Schedule of Codebtors

**B6I (Official Form 6I) (12/07)**

In re  **John Steven Kirkpatrick**                                                                   Case No. _____
                                                                Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):  **None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | Part time nanny |
| Name of Employer | **Self employed consultant** | **Self employed** |
| How long employed | | |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $ | 0.00 | $ | 0.00 |
| 2. Estimate monthly overtime | $ | 0.00 | $ | 0.00 |
| 3. SUBTOTAL | $ | 0.00 | $ | 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|     a.  Payroll taxes and social security | $ | 0.00 | $ | 0.00 |
|     b.  Insurance | $ | 0.00 | $ | 0.00 |
|     c.  Union dues | $ | 0.00 | $ | 0.00 |
|     d.  Other (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 0.00 | $ | 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ | 0.00 |
| 8. Income from real property | $ | 0.00 | $ | 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ | 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | 0.00 |
| 11. Social security or government assistance (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ | 0.00 |
| 13. Other monthly income (Specify): **Self employed consulting income** | $ | 2,000.00 | $ | 0.00 |
|     **Self employed nanny income** | $ | 0.00 | $ | 1,000.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 2,000.00 | $ | 1,000.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 2,000.00 | $ | 1,000.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | 3,000.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re   **John Steven Kirkpatrick**                                                           Case No. _____
                                                     Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 2,000.00 |
| a. Are real estate taxes included? | Yes ___  No **X** | |
| b. Is property insurance included? | Yes ___  No **X** | |
| 2. Utilities:  a. Electricity and heating fuel | | $ 150.00 |
| b. Water and sewer | | $ 0.00 |
| c. Telephone | | $ 0.00 |
| d. Other   **See Detailed Expense Attachment** | | $ 400.00 |
| 3. Home maintenance (repairs and upkeep) | | $ 0.00 |
| 4. Food | | $ 541.67 |
| 5. Clothing | | $ 41.67 |
| 6. Laundry and dry cleaning | | $ 0.00 |
| 7. Medical and dental expenses | | $ 133.00 |
| 8. Transportation (not including car payments) | | $ 558.33 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 180.00 |
| 10. Charitable contributions | | $ 200.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | | $ 0.00 |
| b. Life | | $ 0.00 |
| c. Health | | $ 0.00 |
| d. Auto | | $ 300.00 |
| e. Other _____ | | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) _____ | | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | | $ 0.00 |
| b. Other _____ | | $ 0.00 |
| c. Other _____ | | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 0.00 |
| 17. Other _____ | | $ 0.00 |
| Other _____ | | $ 0.00 |

| | |
|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ 4,504.67 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
| a.   Average monthly income from Line 15 of Schedule I | $ 3,000.00 |
| b.   Average monthly expenses from Line 18 above | $ 4,504.67 |
| c.   Monthly net income (a. minus b.) | $ -1,504.67 |

**B6J (Official Form 6J) (12/07)**

In re   **John Steven Kirkpatrick**                                                    Case No. _____
                                              Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---|
| **Cell Phone** | $ | **300.00** |
| **Cable/Internet** | $ | **100.00** |
| **Total Other Utility Expenditures** | $ | **400.00** |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Florida

In re __John Steven Kirkpatrick__ _____
                                              Debtor(s)

Case No. _____
Chapter   __7__ _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

       I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __35__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __April 29, 2013__ _____

Signature   __/s/ John Steven Kirkpatrick__ _____
                     **John Steven Kirkpatrick**
                     Debtor

_Penalty for making a false statement or concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Northern District of Florida

In re   **John Steven Kirkpatrick**           Case No. _____

                       Debtor(s)        Chapter    **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None   ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$8,000.00** | **2013 YTD: Debtor Self-Employment Income** |
| **$48,003.99** | **2012: Debtor Self-Employment Income** |
| **$72,642.00** | **2011: Debtor Self-Employment Income** |

---

**2. Income other than from employment or operation of business**

None   ■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

B7 (Official Form 7) (04/13)
2

### 3. Payments to creditors

None ☐

*Complete a. or b., as appropriate, and c.*

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Ally**<br>**PO Box 380902**<br>**Minneapolis, MN 55438-0902** | **Feb, Mar. Apr. pmts. of $462.18/mo** | **$1,386.54** | **$22,336.00** |

None ■

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225[*]. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Wells Fargo Bank, NA successor by merger to Wachovia Bank NA v Complete Car Wash Systems, Inc., John S. Kirkpatrick, Holiday Isle Improvement Association, Inc., and John and Jane doe, together with all other Unknow Tenants at 618 Magnolia, Destin, FL 32541 Case No. 12CA434** | **Foreclosure Sale** | **First Judicial Circuit, Okaloosa County, Florida** | **Open** |
| **US Bank National Associations vs Kirkpatrick, John S. Case No. 2012 CA 000580 F** | **Real Property/Mtg Foreclosure** | **Circuit Civil Court Okaloosa County, Florida** | **Closed, foreclosure sale occurred** |
| **United Bank vs Bluewater Wash Systems LLC, John Osburn, Steve Kirkpatrick, First City Bank of Florida Case No. 2012 CA 003197 F** | **Complaint for Mortgage Foreclosure** | **Circuit Civil Court, Okaloosa County, Florida** | **Open although case has been resolved** |

*[*] Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

None
■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately
preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**5. Repossessions, foreclosures and returns**

None
☐    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or
returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12
or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the
spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Wells Fargo Home Mortgage Bankruptcy Department 1 Home Campus #2303-01A Des Moines, IA 50328-0001** | **Jan 2012** | **House located at 149 Waters Edge Point, Alpine, AL 35014 was foreclosed and sold by creditor for $450,000.  Total debt owed on property exceeded $800,000.** |
| **Wells Fargo Home Mortgage Bankruptcy 1 Home Campus #2303-01A Des Moines, IA 50328** | **4/23/13** | **House located at 618 Magnolia Dr., Destin, FL 32541 was foreclosed and sold by creditor for $387,500 on 4/23/13.  Total debt owed on property substantially exceeded value.** |

---

**6. Assignments and receiverships**

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of
this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a
joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately
preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

---

**7. Gifts**

None
☐    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary
and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions
aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by
either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **North Bay Baptist 4681 E. Hwy 20 Niceville, FL 32578** | | **Dec. 2012 - Mar. 2013** | **Household items and washer and dryer donated $250, Jan - Mar. $400 cash constribution, Dec. 2012** |

B7 (Official Form 7) (04/13)
4

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **Eureka Baptist Church 10250 Stemley Rd. Talladega, AL 35160** | | **April 29, 2012 - Aug 2012** | **Tithes and offerings, aggregate of $2,581.63.** |

**8. Losses**

None ■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Hummingbird Credit Counseling & Ed. 3737 Glenwood Avenue, Suite 100 Raleigh, NC 27612** | **3/21/13** | **$49.00** |
| **Zalkin Revell, PLLC 2441 US Hwy 98 W, Suite 109 Santa Rosa Beach, FL 32459** | **1/17/13** | **2,500.00** |
| **Zalkin Revell, PLLC 2441 US Hwy 98 W, Suite 109 Santa Rosa Beach, FL 32459** | **4/23/13** | **$4,300.00** |

**10. Other transfers**

None ☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Highline Imports Birmingham, AL** | **Nov. 2012** | **2003 Hummer sold for $42,000 (proceeds went to repairs of $4,700, loan payoff was $16,000). Remaining proceeds were used in trade for an SUV and debtor received $3,000 in November, 2012, then Debtor sold SUV and received $17,800 in April 2013.** |

None ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)
5

**11. Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **149 Waters Edge Point Alpine, AL 35014** | **John S. Kirkpatrick** | **2007 – Aug 2011** |
| **720 Airport Dr. Lincoln, AL 35096** | **John Steven Kirkpatrick** | **Sept. 2011 - April 2012** |
| **2002 River Oaks Point Cropwell, AL 35054** | **John S. Kirkpatrick** | **April 2012 - Oct. 2012** |
| **662 Harbour Blvd. Unit 830 Destin, FL 32541** | **John Steven Kirkpatrick** | **Nov. 2012 - present** |

B7 (Official Form 7) (04/13)
6

### 16. Spouses and Former Spouses

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

None
□

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

B7 (Official Form 7) (04/13)
7

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Bluewater Wash Systems, LLC** | 593714525 | **662 Harbor Blvd. #830 Destin, FL 32541** | **Car Wash business, no longer operating, all assets were sold in December 2012 in a "short sale" agreed to by primary creditor United Bank.  United Bank was owed $1.9 million and received $1.17 million in the sale.** | **4/20/2001 to 1/30/2013** |
| **Complete Car Wash Systems Inc.** | 8135 | **662 Harbor Blvd. #830 Destin, FL 32541-2475** | **Car Wash, no longer doing business** | **1/10/1995 to Present** |
| **Wash Tech 2, Inc.** | 8135 | **321 Creekview Lane Lincoln, AL 35096** | **Car Wash.  Debtor was bought out by other partners in late 2010.** | **12/22/2008 to Present** |
| **Wash Tech, Inc.** | **259-508 (Alabama Entity ID No.)** | **217 South Noble Street Anniston, AL 36201** | **Operation of car wash, Debtor's interest was bought out in or around Feb. 2011** | **12/22/2008 to Present** |
| **Car Wash Partners LLC** | **655-996 (Alabama Entity ID No.)** | **404 Forrest Lane Oxford, AL 36205** | **Car Wash.  Business was changed over to a corporation, Wash Tech, Inc. in or around 2010-2011 and Debtor was bought out by other partners in or around Feb. 2011.** | **1997 - 2011** |
| **Alawash, Inc. d/b/a Precision Car Wash** | **251-281 (Alabama Entity ID No.)** | **17479 Hwy 75 N Henagar, AL 35978** | **Car Wash -- Debtor surrendered his 50% ownership interest to co-owner in Feb 2011 due to inability to meet cash call requirements.** | **2007 - present** |
| **Revenue Sharing, LLC** | **689-101 (Alabama Entity ID No.)** | **720 Airport Dr. Lincoln, AL 35096** | **Car Wash Equipment. Stopped doing business in 2008.** | **2003-2008** |

None     b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.
■

NAME                                    ADDRESS

---

  The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

  *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

B7 (Official Form 7) (04/13)
8

### 19. Books, records and financial statements

None  a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or
■    supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                        DATES SERVICES RENDERED

None  b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books
■    of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                                  DATES SERVICES RENDERED

None  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records
■    of the debtor. If any of the books of account and records are not available, explain.

NAME                                            ADDRESS

None  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
■    issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                        DATE ISSUED

### 20. Inventories

None  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory,
■    and the dollar amount and basis of each inventory.

DATE OF INVENTORY            INVENTORY SUPERVISOR          DOLLAR AMOUNT OF INVENTORY
                                                          (Specify cost, market or other basis)

None  b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.
■

DATE OF INVENTORY                          NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
                                           RECORDS

### 21 . Current Partners, Officers, Directors and Shareholders

None  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
■

NAME AND ADDRESS                    NATURE OF INTEREST              PERCENTAGE OF INTEREST

None  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
■    controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS                    TITLE                          NATURE AND PERCENTAGE
                                                                   OF STOCK OWNERSHIP

### 22 . Former partners, officers, directors and shareholders

None  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the
■    commencement of this case.

NAME                          ADDRESS                              DATE OF WITHDRAWAL

None  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year**
■    immediately preceding the commencement of this case.

NAME AND ADDRESS                    TITLE                          DATE OF TERMINATION

B7 (Official Form 7) (04/13)
9

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None
■   If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date __April 29, 2013__          Signature  **/s/ John Steven Kirkpatrick**
                                            **John Steven Kirkpatrick**
                                            Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Florida

In re __John Steven Kirkpatrick_____   Case No. _____
                                                 Debtor(s)        Chapter  __7_____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**-NONE-** | **Describe Property Securing Debt:** |
| Property will be (check one):<br>☐ Surrendered          ☐ Retained<br><br>If retaining the property, I intend to (check at least one):<br>  ☐ Redeem the property<br>  ☐ Reaffirm the debt<br>  ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).<br><br>Property is (check one):<br>  ☐ Claimed as Exempt                    ☐ Not claimed as exempt | |

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES          ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date __April 29, 2013_____        Signature  __/s/ John Steven Kirkpatrick_____
                                                        **John Steven Kirkpatrick**
                                                        Debtor

# United States Bankruptcy Court
## Northern District of Florida

In re    __John Steven Kirkpatrick__                                                    Case No. _____

                                        Debtor(s)                                        Chapter    __7__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ....................................    $        __6,800.00__

    Prior to the filing of this statement I have received ....................    $        __0.00__

    Balance Due ..........................................................................    $        __6,800.00__

2.  $ __0.00__ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A
      copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
        reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC
        522(f)(2)(A) for avoidance of liens on household goods.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
    any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

Dated:    __April 29, 2013__                         __/s/ Natasha Revell__
                                                     **Natasha Revell**
                                                     **Zalkin Revell, PLLC**
                                                     **Waterside Business Center**
                                                     **2441 US Highway 98W, Suite 109**
                                                     **Santa Rosa Beach, FL 32459**
                                                     **(850) 267-2111  Fax: (866) 560-7111**
                                                     **office@zalkinrevell.com**

---

B 201A (Form 201A) (11/12)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF FLORIDA

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total Fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1,167 filing fee, $46 administrative fee: Total fee $1,213)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of Florida

In re    __John Steven Kirkpatrick__                 Case No. _____
                                   Debtor(s)      Chapter    __7__

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| John Steven Kirkpatrick | X | /s/ John Steven Kirkpatrick | April 29, 2013 |
|---|---|---|---|
| Printed Name(s) of Debtor(s) | | Signature of Debtor | Date |
| | | | |
| Case No. (if known) _____ | X | _____ | |
| | | Signature of Joint Debtor (if any) | Date |

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 1996-2013 CCH INCORPORATED - www.bestcase.com                                      Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Florida

In re __John Steven Kirkpatrick__ _____

                                     Debtor(s)

Case No. _____

Chapter    __7__ _____

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date: __April 29, 2013__ _____

/s/ John Steven Kirkpatrick _____

__John Steven Kirkpatrick__
Signature of Debtor

John Steven Kirkpatrick
662 Harbor Blvd. Unit 830
Destin, FL 32541-2475

Natasha Revell
Zalkin Revell, PLLC
Waterside Business Center
2441 US Highway 98W, Suite 109
Santa Rosa Beach, FL 32459

Alabama Power Company
PO Box 242
Birmingham, AL 35292

Alagasco
20 South 20th Street
Birmingham, AL 35295

Alliance Collection Services, Inc.
PO Box 49
Tupelo, MS 38802

Alliance One
PO Box 3102
Southeastern, PA 19398

Alliance One Receivable Mgmt ,Inc
4850 Street Rd. Ste. 300
Trevose, PA 19053

Alliance One Receivables Mgmt,  Inc
PO Box 3111
Southeastern, PA 19398-3111

AllianceOne Receivables Management, Inc
PO Box 3100
Southeastern, PA 19398-3100

Allianceone Receivables Mgmt. Inc.
PO Box 3107
Southeastern, PA 19398-3107

Ally
PO Box 380902
Bloomington, MN 55438-0902

Ally
PO Box 380903
Bloomington, MN 55438-0903

Ally Bank
34405 W. Grand BL Anex 240
Detroit, MI 48202

Ally Financial
PO Box 380901
Bloomington, MN 55438

Ally Financial
200 Renaissance Ctr.
Detroit, MI 48243

Ally Financial
PO Box 9001948
Louisville, KY 40290-1948

American Express
PO Box 650448
Dallas, TX 75265-0448

American Express
Customer Service
PO Box 981535
El Paso, TX 79998-1535

American Express Bank, FSB
Bankruptcy Department
%Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

American Honda Finance
PO Box 1027
Alpharetta, GA 30009

American Honda Finance
PO Box 105027
Atlanta, GA 30348-5027

American Honda Finance
1335 Northmeadow Park #100
Roswell, GA 30076

American Honda Finance
1235 Old Alpharetta Rd., Ste. 180
Alpharetta, GA 30005-2907

American Honda Finance Corporat
PO Box 1844
Alpharetta, GA 30023-1844

Bank of America
Customer Service
PO Box 5170
Simi Valley, CA 93062-5170

Bank of America
PO Box 22021
Greensboro, NC 27420-2021

Bank of America
PO Box 15710
Wilmington, DE 19886-5710

Bank of America
PO Box 15463
Wilmington, DE 19850-5463

Bank of America
1825 E. Buckeye Rd.
Greensboro, NC 27410

Capital One
Attn: Bankruptcy Claims Servicer
PO Box 85167
Richmond, VA 23285-5167

Bank of America
4161 Piedmont Parkway
Greensboro, NC 27410

Bank of America
PO Box 982238
El Paso, TX 79998-2235

Capital One
Bankruptcy Department
PO Box 30285
Salt Lake City, UT 84130-0285

Bank of America
PO 15716
Wilmington, DE 19886-5716

Bank of America
450 American Street
Simi Valley, CA 93065

Capital One Bank
PO Box 60599
City of Industry, CA 91715-0599

Bank of America
PO Box 10227
Van Nuys, CA 91410-0227

Bank of America
PO Box 45224
Jacksonville, FL 32232-5224

Complete Car  Wash Systems Inc
662 Harbor Blvd. #830
Destin, FL 32541-2475

Bank of America
PO Box 15731
Wilmington, DE 19886-5731

Bank of America
PO Box 15019
Wilmington, DE 19886-5019

Directv
PO Box 78626
Phoenix, AZ 85062-8626

Bank of America
PO Box 53101
Phoenix, AZ 85072-3101

Bank of America
PO Box 982235
El Paso, TX 79998-2335

Dorr Aviation
78 Sutton Avenue
Oxford, MA 01540

Bank of America
PO Box 21846
Greensboro, NC 27420-1846

Bank of America
PO Box 982236
El Paso, TX 79998-2236

Encore Receivable Mgmt
PO Box 3330
Olathe, KS 66051

Bank of America
PO Box 15311
Wilmington, DE 19884

Bluewater Wash Systems, LLC
662 Harbor Blvd. #830
Destin, FL 32541

Encore Receivable Mgmt
400 N Rogers Rd.
Olathe, KS 66051

Bank of America
201 N. Tryon St
Charlotte, NC 28202

Capital One
Bankruptcy Claims Services
PO Box 85167
Richmond, VA 23285-5157

First City Bank
135 Perry Avenue, SE
Fort Walton Beach, FL 32548

First City Bank
Post Office Drawer 2977
Fort Walton Beach, FL 32549-2977

Harley-Davidson Credit Corp.
Dept. 15129
Palatine, IL 60055-5129

John Osburn
3802-A South Ferdon Blvd.
Crestview, FL 32536

Ford Motor Credit
c/o McDowell and Associates
PO Bjox 131029
Mountain Brook, AL 35213

Harley-Davidson Credit Corp.
Attn:  Customer Service
PO Box 22048
Carson City, NV 89721-2048

Kirpatrick Ent Inc DBA
662 Harbor Blvd. #830
Destin, FL 32541

Ford Motor Credit
PO Box 542000
Omaha, NE 68154

Harley-Davidson Credit Corp.
5505 N. Cumberland Ave., Suite 307
Chicago, IL 60656-1471

Lowes
PO Box 981064
El Paso, TX 79998-1064

Ford Motor Credit Company
PO Box 6508
Mesa, AZ 85216-6508

Harley-Davidson Credit Corp.
Attn:  Aircraft
1801 Alma Dr., Suite 200
Plano, TX 75075

Lowes
PO Box 965005
Orlando, FL 32896

Ford Motor Credit Company
Dept. 194101
PO Box 55000
Detroit, MI 48255-1941

Honda Financial Services
PO Box 166469
Irving, TX 75016

Lowes
PO Box 965004
Orlando, FL 32896-5004

Ford Motor Credit Company, LLC
% Stone & Hinds, PC
507 Gay Street SW, Suite 700
Knoxville, TN 37902

Integrity
PO Box 11530
Overland Park, KS 66207

Mary Ann Parent
2002 River Oaks Point
Cropwell, AL 35054

Ford Motot Credit
%Correspondence
PO Box 542000
Omaha, NE 68154

Integrity Advance LLC
300 Creek View Rd., Ste. 103
Newark, DE 19711

Pentagroup Financial LLC
5959 Corporate Dr., Ste. 1400
Houston, TX 77036

GE Capital Retail Bank
Attn:  Bankruptcy Dept.
PO Box 103104
Roswell, GA 30076

Integrity Financial Partners, Inc.
4370 W. 109th Street, Suite 100
Overland Park, KS 66211

Pentagroup Financial, LLC
PO Box 742209
Houston, TX 77274-2209

GE Capital Retail Bank
Attn:  Bankruptcy Dept.
PO Box 103106
Roswell, GA 30076

Integrity Financial Partners, Inc.
PO Box 11530
Overland Park, KS 66207-4230

Pentagroup Financial, LLC
35A Rust Lane
Boerne, TX 78006-8202

Plaza Recovery Inc.
5800 North Course
Houston, TX 77072

Plaza Recovery, Inc.
PO Box 722218
Houston, TX 77272-2218

Porsche Credit
PO Box 4253
Lisle, IL 60532-9253

Porsche Financial Services
4343 Commerce Ct., Ste. 300
Lisle, IL 60532

Pro Consulting Serives, Inc.
Collections Division
PO Box 66768
Houston, TX 77266-6768

Pro Consulting Services, Inc.
PO Box 66510
Houston, TX 77266-6510

Regional Adjustment Bureau
1900 Charles Bryan Ste. 110
Memphis, TN 38016

Regions Bank
PO Box 1984
Birmingham, AL 35201

Regions Bank
1900 Fifth Ave. North
Birmingham, AL 35203

Regions Bank
Consumer Loan Processing
PO Box 2224
Birmingham, AL 35246-0026

Regions Bank Collection
2050 Parkway Office Cir
Birmingham, AL 35244-1805

Regions Bank/AmSouth
PO Box 216
Birmingham, AL 35201

Shell
PO Box 689010
Des Moines, IA 50368-9010

St. Vincent's East ER
810 St. Vincent's Drive
Birmingham, AL 35205

St. Vincent's East ER
50 Medical Park East Drive
Birmingham, AL 35235

United Bank
PO box 8
Atmore, AL 36502

US Bank Manifest Funding Services
1450 Channel Parkway
Marshall, MN 56258

Wachovia Bank
PO Box 563966
Charlotte, NC 28256-3966

Wachovia-Wells Fargo Bankruptcy
1 Home Campus #2303-01A
Des Moines, IA 50328-0001

Wells Business Bkg Support Grou
MAC D4004-03A
PO Box 202902
Dallas, TX 75320-2902

Wells Fargo
PO Box 10335
Des Moines, IA 50306

Wells Fargo
3201 N. 4th Ave.
Sioux Falls, SD 57104

Wells Fargo
PO Box 6434
Carol Stream, IL 60197-6434

Wells Fargo
Bankruptcy Department
PO Box 3908
Portland, OR 97208-3908

Wells Fargo
PO Box 348750
Sacramento, CA 95834

Wells Fargo Bank
90 South Seventh St., 3rd Floor
Wells Fargo Center
Minneapolis, MN 55402

Wells Fargo Bank
PO Box 31557
Billings, MT 59107

Wells Fargo Bank
PO Bxo 31557
Billings, MT 59107

Wells Fargo Home Mortgage
8480 Stagecoach Circle
Frederick, MD 21701

Wells Fargo Bankruptcy
1 Home Campus #2303-01A
Des Moines, IA 50328-0001

Wells Fargo Business Line
100 West Washington St.
Phoenix, AZ 85003

Wells Fargo Home Mortgage
3480 Stateview Blvd
Fort Mill, SC 29716

Wells Fargo Home Mortgage
Bankruptcy
1 Home Campus #2303-01A
Des Moines, IA 50328-0001

Wells Fargo Home Mortgage
PO Box 660455
Dallas, TX 75266-0455

Wells Fargo Home Mortgage
PO Box 10335
Des Moines, IA 50306-0335

Wells Fargo Home Mortgage
P.O. Box 10335
Des Moines, IA 50306

Wells Fargo Home Mortgage
PO Box 14547
Des Moines, IA 50306-3547